# |Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2014

*The Court of Appeals hereby passes the following order:*

### A14A0904.  ANN MCPHIE v. EH SFR 2013-LLC C/O EXCALIBUR HOME MANAGEMENT, LLC.

Ann McPhie filed a wrongful foreclosure action in superior court. While this case was pending, a magistrate judge issued a dispossessory warrant.  McPhie then filed a "motion for a stay of eviction" in superior court, seeking to stay the dispossessory proceedings.  The superior court denied the motion, and McPhie filed this appeal.

The record before us contains no final order disposing of McPhie's wrongful foreclosure action in superior court.  Because the case remains pending below, the trial court's order denying the motion to stay is interlocutory.  See *Grange Mut. Cas. Co. v. Riverdale Apartments*, 218 Ga. App. 685, 686 (463 SE2d 46) (1995). Therefore, McPhie was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/06/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*